```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
            CHARLOTTE DIVISION
              3:09CV55-MU-02
```

| | |
|---|---|
| MICHAEL McNEILL,           ) | |
|     Plaintiff,          ) | |
|                   ) | |
|     v.                 ) | |
|                   ) | |
| LANESBORO CORRECTIONAL   ) | |
|   STAFF,              ) | |
|     Defendants.        ) | |
| _____) | |

**THIS MATTER** comes before the Court on Plaintiff's document captioned as a "Motion for Rehearing Under Fed.R.App.P. 35, 40 Loc.R. 40(c)," filed February 25, 2009 (document # 9).

The record of this matter reflects that Plaintiff filed a civil rights Complaint under 42 U.S.C. §1983 in the United States District Court for the Eastern District of North Carolina, which matter was transferred to this Court by Order filed February 12, 2009. Upon this Court's initial review of Plain-tiff's case, it was determined that Plaintiff previously had had at least three cases dismissed as frivolous under 28 U.S.C. § 1915. Thus, after determining that Plaintiff's most recent Complaint, for which he again was seeking <u>in forma pauperis</u> status, concerned alleged copyright infringements and did not, in any event, make the necessary allegations of imminent danger under § 1915(g), that Complaint was dismissed by Order filed February 17, 2009.

By the instant 116-page Motion, Plaintiff apparently is seeking reconsideration of the Court's Order of dismissal;

however, his Motion fails to set forth a single matter which warrants reconsideration.  Indeed, Plaintiff merely goes on at length concerning his opinion/suspicion of various copyright policies and infringements.  Accordingly, Plaintiff's Motion is <u>denied</u>.

    **SO ORDERED.**

Signed: October 14, 2009

Graham C. Mullen
United States District Judge